IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMON-RA FEIF DEMUDD
A NON-CORPORATE ENTITY,

  Petitioner,

    v.

THE STATE OF GEORGIA,

  Respondent.

CIVIL ACTION FILE
NO. 1:16-CV-3346-TWT

**ORDER**

    This is a pro se habeas corpus action by a DeKalb County pretrial detainee. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action under Younger abstention. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

    SO ORDERED, this 25 day of October, 2016.

                            /s/Thomas W. Thrash
                            THOMAS W. THRASH, JR.
                            United States District Judge